JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roy Alvarez III<br><br>Plaintiff,<br><br>v.<br><br>Thor Industries West, Inc. et al<br><br>Defendants. | Case No. : ED CV 16-01919-AB (SPx)<br><br>ORDER OF DISMISSAL FOR LACK OF PROSECUTION WITHOUT PREJUDICE AS TO DEFENDANT THOR INDUSTRIES WEST, INC., ONLY<br><br>(PURSUANT TO LOCAL RULE 41) |

On January 6, 2017, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution as to Defendant Thor Industries West, Inc., only. A written response to the Order to Show Cause was ordered to be filed no later than January 20, 2017. No response having been filed to the Court's Order to Show Cause,

///

///

1.

1  IT IS ORDERED AND ADJUDGED that the above-entitled case, as to
2  Defendant Thor Industries West, Inc., is dismissed, without prejudice, for lack of
3  prosecution and for failure to comply with the orders of the Court, pursuant to Local
4  Rule 41.

Dated: January 31, 2017  _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE